IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD D. HOTZ,            )<br>                            )<br>         Plaintiff,        )<br>                            )<br>    v.                      )<br>                            )<br>PRINCIPAL LIFE INSURANCE    )<br>COMPANY,                    )<br>                            )<br>         Defendant.         )<br>_____) | 8:07CV163<br><br><br><br>ORDER |

      This matter is before the Court on defendant's motion for additional time in which to file answer (Filing No. 6). The Court finds said motion should be granted. Accordingly,

    IT IS ORDERED that said motion is granted; defendant shall have until July 10, 2007, to file a response to plaintiff's complaint.

      DATED this 29th day of June, 2007.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court