IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDWARD D. HOTZ, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV163 |
| | ) | |
| v. | ) | |
| | ) | |
| PRINCIPAL LIFE INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion for dismissal with prejudice (Filing No. 23). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; this action is dismissed with prejudice.

DATED this 12th day of May, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court